In the Matter of the Accounting of FREDERICK J. GREIFENSTEIN et al., as Executors of FRANK ROOS, Deceased, Appellants.

ROSA ROOS et al., Respondents.

*Matter of Greifenstein*, 174 App. Div. 891, affirmed.
(Submitted October 1, 1917; decided October 16, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 23, 1916, which affirmed three decrees of the Kings County Surrogate's Court, *first*, surcharging the accounts of the executors of Frank Roos, deceased; *second*, removing them as executors, and *third*, removing them as testamentary guardians. The grounds for the removal of the executors as such and the revocation of their letters testamentary and as testamentary guardians, were that they were guilty of wasting the estate in neglecting to foreclose a second mortgage, and in not having a receiver of the rents appointed before a receiver was appointed in a first mortgage foreclosure which extinguished the second mortgage.

*Franklin P. Trautmann* for appellants.

*Charles W. Froessel* and *Joseph A. Keenan* for respondents.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, MCLAUGHLIN and CRANE, JJ.